UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROCHE DIAGNOSTICS CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:07-cv-0034-DFH-WTL |
| ) | |
| DINA WEIN REIS, et al., ) | |
| ) | |
| Defendants. ) | |

## TEMPORARY RESTRAINING ORDER

Plaintiff's motion for a temporary restraining order is hereby GRANTED on an *ex parte* basis, and the court hereby ORDERS:

1.    Defendants Dina Wein Reis, Sara Golden, Chaya Cooper, Craig Schwimmer, The Complete Solution, Inc., On-Call, Inc., Sion Enterprises, Inc., and CMB Management, Inc., their officers, agents, affiliates, employees, and all other persons in active concert or participation with them who receive notice of this order, by service or otherwise, are hereby RESTRAINED AND ENJOINED from removing, selling, distributing, or otherwise transporting any and all diabetes care and monitoring products purchased from plaintiff Roche Diagnostics Corporation and shipped to the DiPinto Brothers Transportation Warehouse, 10 Executive Avenue, Edison New Jersey, on or about September 20, 2006. This order applies regardless of the current location of the products that were shipped.

2.      This order shall remain in effect until 5:00 p.m. EST on Saturday, January 20, 2007, or until modified by court order.

3.      Plaintiff shall provide immediate notice of this order to defendants.

4.      Pursuant to Rule 65 of the Federal Rules of Civil Procedure, plaintiff shall post a bond or other security no later than Friday, January 12, 2007, in the amount of One Hundred Thousand Dollars ($100,000.00).

5.      The court will hold a hearing on Thursday, January 11, 2007 at 9:30 a.m. in Room 344, Birch Bayh U.S. Courthouse, Indianapolis, Indiana, to consider plaintiff's request for immediate access to the products in question and to consider any other appropriate matters.

6.      Based on plaintiff's submissions, the court finds that this order should be granted *ex parte* because of the risk that the products in question would be moved before any hearing could be held.

So ordered.

Date: January 10, 2007
Time: 5:00 p.m.

DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Larry A. Mackey
Kendall Millard
Barnes & Thornburg
11 South Meridian Street
Indianapolis, Indiana  46204

Irwin B. Nathan
Arnold & Porter
555 Twelfth Street, N.W.
Washington, D.C.  20005

Joseph P. Goldberg
Hodgson Russ LLP
60 East 42nd Street, 37th Floor
New York, New York  10165-0151