IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ROCHE DIAGNOSTICS CORPORATION, | ) | CASE NO. 1:07-CV-00034-DFH-WTL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DINA WEIN REIS, SARA GOLDEN, CHAYA COOPER, CRAIG SCHWIMMER, ON-CALL, INC., THE COMPLETE SOLUTION, INC., SION ENTERPRISES, INC., and CMB MANAGEMENT, INC. | ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER MODIFYING PRELIMINARY INJUNCTION**

The parties having filed their Joint Motion to Modify Preliminary Injunction, and the Court having read such Motion, now **GRANTS** it.

IT IS THEREFORE ORDERED that the Preliminary Injunction entered on January 18, 2007, by this Court should be modified so as to allow the parties to fulfill one of the terms of their Confidential Settlement Agreement. In all other respects, the Preliminary Injunction shall remain in full force and effect.

So ORDERED this ___8th___ day of February, 2007.

_____
JUDGE DAVID F. HAMILTON
United States District Court
Southern District of Indiana
Indianapolis Division

*Distribution list attached.*

Copies to:

| | |
|---|---|
| **Irvin B. Nathan**<br>**Alexander Major**<br>ARNOLD & PORTER LLP<br>irvin_nathan@aporter.com<br>alexander_major@aporter.com | **John K. McDavid**<br>**Joel E. Tragesser**<br>LOCKE REYNOLDS LLP<br>jmcdavid@locke.com<br>jtragesser@locke.com |

**Larry A. Mackey**
**Kendall H. Millard**
**Hamish S. Cohen**
BARNES & THORNBURG LLP
larry.mackey@btlaw.com
kmillard@btlaw.com
hamish.cohen@btlaw.com

*Attorneys for Defendants, Dina Wein Reis*
*Sara Golden, Chaya Cooper,*
*Craig Schwimmer, On-Call, Inc.,*
*The Complete Solution, Inc., Sion Enterprises,*
*Inc., and CMB Management, Inc.*

*Attorneys for Plaintiff, Roche Diagnostics Corporation*

**Joseph P. Goldberg**
HODGSON RUSS LLP
230 Park Avenue
New York, NY 10169
jgoldberg@hodgsonruss.com

*Attorneys for Defendant, Dina Wein Reis*

**Richard D. Shapiro**
HELLRING LINDEMAN GOLDSTEIN
 & SIEGAL, LLP
One Gateway Center, 8th Floor
Newark, NJ 07102
rshapiro@hlgslaw.com

*Attorneys for Defendants, On-Call, Inc.,*
*The Complete Solution, Inc. and*
*Sion Enterprises, Inc.*

**Peter R. Ginsberg**
PETER R. GINSBERG, P.C.
152 W. 57th St., Suite 24C
New York, New York 10019
prginsberg@earthlink.net

*Attorneys for Defendant,*
*CMB Management, Inc.*

**Karen H. Bromberg**
**Michael Tremonte**
COHEN & GRESSER LLP
100 Park Avenue, 23rd Floor
New York, New York 10017
kbromberg@cohengresser.com
mtremonte@cohengresser.com.

*Attorneys for Defendants, Sara Golden and*
*Craig Schwimmer*

726857_1