IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROCHE DIAGNOSTICS CORPORATION, ) | CASE NO. 1:07-cv-00034-DFH-WTL |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DINA WEIN REIS, SARA GOLDEN, ) | |
| CHAYA COOPER, CRAIG SCHWIMMER, ) | |
| ON-CALL, INC., THE COMPLETE ) | |
| SOLUTION, INC., SION ENTERPRISES, ) | |
| INC., and CMB MANAGEMENT, INC., ) | |
| ) | |
| Defendants. ) | |

**ORDER DISMISSING CASE WITH PREJUDICE**

The parties having filed their Stipulation of Dismissal with Prejudice, and the Court having read the same, now Orders the following;

It is hereby ORDERED that the above-captioned case is dismissed with prejudice, each side to bear their own respective costs;

It is further ORDERED that all Orders previously entered in this case are hereby vacated.

So ORDERED this ___13th___ day of February, 2007.

*[signature: David F. Hamilton]*

_____
JUDGE DAVID F. HAMILTON
United States District Court
Southern District of Indiana
Indianapolis Division

*Distribution list attached.*

Copies to:

| | |
|---|---|
| **Irvin B. Nathan**<br>**Alexander Major**<br>ARNOLD & PORTER LLP<br>irvin_nathan@aporter.com<br>alexander_major@aporter.com | **John K. McDavid**<br>**Joel E. Tragesser**<br>LOCKE REYNOLDS LLP<br>jmcdavid@locke.com<br>jtragesser@locke.com |
| **Larry A. Mackey**<br>**Kendall H. Millard**<br>**Hamish S. Cohen**<br>BARNES & THORNBURG LLP<br>larry.mackey@btlaw.com<br>kmillard@btlaw.com<br>hamish.cohen@btlaw.com | *Attorneys for Defendants, Dina Wein Reis Sara Golden, Chaya Cooper, Craig Schwimmer, On-Call, Inc., The Complete Solution, Inc., Sion Enterprises, Inc., and CMB Management, Inc.* |
| *Attorneys for Plaintiff, Roche Diagnostics Corporation* | |
| **Joseph P. Goldberg**<br>HODGSON RUSS LLP<br>230 Park Avenue<br>New York, NY 10169<br>jgoldberg@hodgsonruss.com | **Richard D. Shapiro**<br>HELLRING LINDEMAN GOLDSTEIN<br>  & SIEGAL, LLP<br>One Gateway Center, 8th Floor<br>Newark, NJ 07102<br>rshapiro@hlgslaw.com |
| *Attorneys for Defendant, Dina Wein Reis* | *Attorneys for Defendants, On-Call, Inc., The Complete Solution, Inc. and Sion Enterprises, Inc.* |
| **Peter R. Ginsberg**<br>PETER R. GINSBERG, P.C.<br>152 W. 57th St., Suite 24C<br>New York, New York 10019<br>prginsberg@earthlink.net | **Karen H. Bromberg**<br>**Michael Tremonte**<br>COHEN & GRESSER LLP<br>100 Park Avenue, 23rd Floor<br>New York, New York 10017<br>kbromberg@cohengresser.com<br>mtremonte@cohengresser.com. |
| *Attorneys for Defendant, CMB Management, Inc.* | *Attorneys for Defendants, Sara Golden and Craig Schwimmer* |

726985_1